Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Javier Samaniega Perez | ) Chapter 13 <br> ) <br> ) Case No.: 8:14-bk-14897-CB <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **303209** in the sum of **$6,056.10** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    Javier Samaniega Perez
    701 S. Orange Ave.
    Santa Ana, CA 92701

Date: April 29, 2019        __/S/_____
                            Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 1414897 | Javier Samaniega Perez | | | XXX-XX-2128 | 6,056.10 | 0.00 | 6,056.10 |
| | ACCT: | Claim: 00000 | UCI: | | | | |
| | | | TOTALS | | 6,056.10 | 0.00 | 6,056.10 |

Javier Samaniega Perez

BALANCE: 0.00 [0.00 104/00000]
SSN: XXX-XX-2128  SSN:
ACCT:  CASE: 1414897
PRINCIPAL: 6,056.10  INTEREST: 0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0303209

Mar 20, 2019

VOID 90 DAYS FROM DATE

*****$6,056.10

PAY  Six Thousand Fifty Six And 10 / 100 Dollars

TO THE ORDER OF  U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0303209⑆ ⑈061100790⑈ 000000575186 2⑈